UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAILAI TING, an individual,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>9SPARTS INC., a California Corporation;<br>F4K TEAM, INC., a California Corporation;<br>K XIN, an individual;<br>XIAOQIAO LIANG, an individual; and<br>DOES 1-10,<br><br>　　　　Defendants. | CASE NO.: 2:16-cv-07821-PA-JPR<br><br>**ORDER RE JOINT STIPULATION OF DISMISSAL OF ACTION WITHOUT PREJUDICE** |

### [PROPOSED] ORDER

Pursuant to the parties' "Joint Stipulation of Dismissal" that is pursuant to FRCP 41(a)(1)(A) and good cause appearing therefore, IT IS HEREBY ORDERED that the above-referenced action be and hereby is dismissed, without prejudice.

**IT IS SO ORDERED**.

Dated: September 8, 2017

_____
United States District Judge

[PROPOSED] ORDER DISMISSAL WITHOUT PREJUDICE