# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAILAI TING, an individual,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>9SPARTS INC., a California Corporation;<br>F4K TEAM, INC., a California Corporation;<br>K XIN, an individual;<br>XIAOQIAO LIANG, an individual; and<br>DOES 1-10,<br><br>　　　　Defendants. | CASE NO.: 2:16-cv-07821-PA-JPR<br><br>**ORDER DISMISSING MATTER BECAUSE CONFIDENTIAL SETTLEMENT AGREEMENT REACHED** |

## ORDER

The Parties having reached a Confidential Settlement Agreement, with an effective date of October 12, 2017, including a stipulation to the entry of this order; and the plaintiff having dismissed the Doe defendants pursuant to Rule 41(a)(1)(A)(*i*) of the Federal Rules of Civil Procedure,

IT IS FURTHER ORDERED that this entire action is hereby dismissed, with prejudice.

IT IS SO ORDERED.

Dated: October 16, 2017

　　　　　　　　　　　　　　　　　　Percy Anderson
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE